UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELICA VILLAREAL-CHAIDEZ,<br>  a.k.a. Angelica Villareal-Camargo,<br><br>    Defendant. | Criminal Case No. 07CR3115-LAB<br><br>**ORDER REVOKING<br>UNITED STATES CITIZENSHIP** |

The defendant, ANGELICA VILLAREAL-CHAIDEZ, a.k.a. Angelica Villareal-Camargo ("Defendant"), having pled guilty and been convicted of committing fraud to obtain naturalization as a citizen of the United States, in violation of 18 U.S.C. § 1425, whereas Title 8, United States Code, Section 1451(e) mandates that in the event of such a conviction the related naturalization shall be revoked.

IT IS HEREBY ORDERED THAT judgment is entered revoking and setting aside the naturalization of Defendant ordered by the Attorney General of the United States, admitting Defendant to United States citizenship, and canceling Certificate of Naturalization No. 272 54 166.

IT IS FURTHER ORDERED THAT Defendant, from the date of the order, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of Defendant's naturalization on July 3, 2002.

//

1     IT IS FURTHER ORDERED THAT Defendant surrender and deliver her Certificate of
2 Naturalization, and any copies thereof in her possession (and to make good faith efforts to recover and
3 then surrender any copies thereof that she knows are in possession of others), to the Attorney General
4 immediately; and return any other indicia of United States citizenship, and any copies thereof in her
5 possession (and to make good faith efforts to recover and then surrender any copies thereof that she
6 knows are in possession of others), including, but not limited to, United States passports, voter
7 registration cards, and other voting documents.

8     SO ORDERED.

10 DATED: January 24, 2008                 *Larry A. Burns*

11                                                 **HONORABLE LARRY ALAN BURNS**
                                                United States District Judge

14 PRESENTED BY:

16 /s/ Joseph J.M. Orabona
Joseph J.M. Orabona
17 Assistant United States Attorney

2